IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MACY'S, INC., <br><br> Defendant. | Case No. 6:12-cv-80 <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulation for Dismissal, with prejudice, of all claims and counterclaims asserted between plaintiff, EMG Technology, LLC, and defendant, Macy's, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, EMG Technology, LLC, and defendant, Macy's, Inc., are hereby dismissed with prejudice, subject to the terms of the Settlement Agreement entered into by the parties dated October 12, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them. The Court retains jurisdiction of this case for purposes of taking any action needed to enforce the terms of the Settlement Agreement.

**So ORDERED and SIGNED this 30th day of October, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**